# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

SIDNEY F. LEVINE,

DEFENDANT.

**WARRANT FOR ARREST**

CASE NUMBER: 05 1230 M

TO: Special Agent Christopher Meyer, United States Secret Service, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __SIDNEY F. LEVINE__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment ☐ Information X Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**WIRE FRAUD CONSPIRACY**

In violation of Title __18__ United States Code, Section(s) __1349 AND 1343__

__HONORABLE MICHAEL ORENSTEIN__        __U. S. MAGISTRATE JUDGE__
Name of Issuing Officer                                Title of Issuing Officer

_____        September 26, 2005    Central Islip, NY
Signature of Issuing Officer                            Date and Location

Bail fixed at $ _____                By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

| THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: |
|---|
| DEFENDANT'S NAME: |
| ALIAS: |
| LAST KNOWN RESIDENCE: |
| LAST KNOWN EMPLOYMENT: |
| PLACE OF BIRTH: |
| DATE OF BIRTH: |
| SOCIAL SECURITY NUMBER: |
| HEIGHT: |
| WEIGHT: |
| SEX: |
| RACE: |
| HAIR: |
| EYE: |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: |
| FBI NUMBER: |
| COMPLETE DESCRIPTION OF AUTO: |
| INVESTIGATIVE AGENCY AND ADDRESS: |