# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __05-m-1230__
2) Defendant's Name: __(alan) Frederick LEVINE SIDNEY (AKA)__
   (Last)                    (First)                    (M.I.)
3) Age: ____
4) Title: __18__   Section(s): __1349, 1343__
5) Citizen of: ____   Needs: ____ Interpreter
6) Arrest Warrant Issued: ____   Date and time of arrest: ____

(Items 1-6 to be completed by AUSA/Arresting Officer)   Consular notification ____

7) Removal Proceeding: __ Yes  ✓ No   Other District: ____
8) Name of Interpreter used today: ____   Language: ____
9) Arraignment on complaint held: ✓ Yes  __ No   Date/Time: __3-17-09__
10) Detention Hearing Held: ____   Bail set at: ____   ROR Entered: ____   POD Entered: ✓
11) Temporary Order of Detention Entered: ____   Bail Hearing set for: ____
12) (a) Preliminary Hearing set for: ____ ; or waived: ✓
    (b) Removal Hearing set for: ____ ; or waived: ____
    (c) Status Conference set for: ____
13) ASSISTANT U.S. ATTORNEY: __RICHARD LUNGER__
14) DEFENSE COUNSEL'S NAME: __TRACEY GAFFEY__
    Address: ____
    Bar Code: ____   CJA: ____   FDA: ✓   RET: ____
    Telephone Number: __(631) 712-6500__
15) ESR Tape #: __1__   ( __4:57 - 5:04__ )
16) Complaint/Affidavit/Indictment unsealed: __ Yes  __ No
    SO ORDERED ON THIS ____ DAY OF ____, 20__

    _____
    UNITED STATES MAGISTRATE JUDGE

17) Other Comments/Rulings: __The parties request that the complaint be amended to the Defendants true name Frederick Celani. Application granted.__