AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__Eastern__   DISTRICT OF   __New York__

UNITED STATES OF AMERICA
V.
Frederick Celani
(AKA) Sidney Levine

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05-m-1230

I, __SIDNEY LEVINE__, charged in a ☑ complaint ☐ petition pending in this District with _____

in violation of Title _____ , U.S.C., _____

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination  ☐ hearing  , do hereby waive (give up) my right to a preliminary ☐ examination  ☐ hearing.

_[signature]_
Defendant

_[signature]_ Tracy L. Gaffey
Counsel for Defendant

March 17, 2009
Date