MEMORANDUM    05-m-1230

TO:    W. Dennis Harrell
       Health Services Administrator
       Metropolitan Correctional Center

RE:    Medical Evaluation of an Inmate

_Frederick Celani a/k/a Sidney Levine_

On the date noted below, defendant _____, who is currently detained at the Metropolitan Correctional Center, advised the Court that he was in need of medical attention. The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly. The specifics of the inmate's medical condition are as follows:

_Suffers from high Blood pressure + Type II diabetes._

Dated: 3/17/09
Central Islip, New York

/s/ E. Thomas Boyle, USMJ

United States District Judge
Eastern District of New York