**CRIMINAL MINUTE CALENDAR**

Date Received by Docket Clerk:_____ Docket Clerk Initials: EJH

**BEFORE JUDGE:** HON. ARLENE R. LINDSAY

**DOCKET NUMBER:** 05-mj-1230 **DATE:** 4/14/2009 **Time** 12:00 pm

**TOTAL TIME IN COURT:** _____ Hours  10 Minutes

**DEFENDANTS NAME** Frederick Celani  **DEFENDANTS #** 1
PRESENT                                              Custody

**DEFENSE COUNSEL** Tracey Gaffey    Federal Defender
PRESENT

**DEFENDANTS NAME** _____ **DEFENDANTS #** _____

**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____ **DEFENDANTS #** _____

**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____ **DEFENDANTS #** _____

**DEFENSE COUNSEL** _____

**A.U.S.A.** Richard Lunger    **PRETRIAL/PROBATION OFFICER:** _____

**CASE MANAGER/MAGISTRATE CLERICAL** Eric Horbey

**COURT REPORTER/ ESR OPERATOR** FTR    **TAPE LOG** 4/14/2009 12:00-12:04

**INTERPETER** _____ **LANGUAGE** _____

**TYPE OF HEARING**                    **TIME IN COURT**    **TRIAL STATUS**
Status Conference

**HEARING**   ☐ BEGAN   ☒ HELD   ☐ CONTINUED

**SCHEDULED FOR**   DATE       TIME:           FOR

**SHOULD THIS CALENDAR BE SEALED?**   ☐ YES   ☐ NO

**UTILITIES**

**UTILITIES**

**UTILITIES**

**UTILITIES**

**EXCLUDABLE DELAY CODE TYPE:**
**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START:**
**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:**
Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop

**Do these minutes contain ruling(s) on Motion(s)?** ☐ YES  ☐ NO

**Motion(s) Type and Document # of Motion Ruled On:**

_____

_____

_____

_____

**TEXT:** Defendant appeared through counsel. Defendant waived Speedy Indictment from 4/16/2009 to 5/18/2009. The Court found the waiver was entered knowingly and voluntarily and that the waiver is in the public interest. Order of Excludable delay was entered.