# CRIMINAL MINUTE ENTRY

DOCKET NUMBER: 05-m-1230

Date Received By Docket Clerk: _____  Docket Clerk Initials: _____
BEFORE JUDGE: E. Thomas Boyle  DATE: 5/13/09  TIME: 11:30 am
CRIMINAL CAUSE FOR: Waiver Speedy Indictment  TIME IN COURT ___ HRS ___ MINS
DEFENDANT'S NAME: Frederick Celani  DEFENDANTS #: 1

[✓] Present  [ ] Not Present  [✓] Custody  [ ] Not Custody

DEFENSE COUNSEL: Randi Chavis
[ ] Present  [ ] Not Present  [ ] Federal Defender  [✓] CJA  [ ] Retained

DEFENDANT'S NAME: _____  DEFENDANTS #: _____
[ ] Present  [ ] Not Present  [ ] Custody  [ ] Not Custody
DEFENSE COUNSEL: _____
[ ] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [ ] Retained

DEFENDANT'S NAME: _____  DEFENDANTS #: _____
[ ] Present  [ ] Not Present  [ ] Custody  [ ] Not Custody
DEFENSE COUNSEL: _____
[ ] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [ ] Retained

A.U.S.A.: Richard Lunger  PRETRIAL/PROBATION OFFICER: _____
CASE MANAGER OR MAGISTRATE CLERICAL: L. Lundy
COURT REPORTER: OR ESR OPERATOR _____  TAPE LOG 11:48 - 11:53
INTERPRETER: _____  LANGUAGE: _____

## Select the Type of Hearing or Trial         CONTESTED [ ]YES  [ ]NO

| | | |
|---|---|---|
| [ ]Allocution Hearing | [ ]In Camera Hearing | [ ]Plea and Sentence |
| [ ]Arraignment | [ ]In Chambers Conference | [ ]Preliminary Examination |
| [ ]Attorney Appointment Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation Hearing |
| [ ]Bench Trial | [ ]Initial Appearance-Material Witness | [ ]Pretrial Conference |
| [ ]Bond Forfeiture Hearing | [ ]Initial Appearance-Revocation Proceedings | [ ]Pro Se(Faretta) Hearing |
| [ ]Bond Hearing | [ ]Initial Appearance-Rule 5(c)(3) | [ ]Psychiatric Report Hearing |
| [ ]Bond Rrevocation Hearing | [ ]Forfeiture Hearing | [ ]Remand Hearing |
| [ ]Change of Plea Hearing | [ ]Franks Hearing | [ ]Revocation of Probation - Final Hearing |
| [ ]Competency Hearing | [ ]James Hearing | [ ]Revocation of Supervised Release-Final Hearing |
| [ ]Curcio Hearing | [ ]Jury Selection | [ ]Rule 44C Hearing |
| [ ]Daubert Hearing | [ ]Jury Trial | [ ]Scheduling Conference |
| [ ]Detention Hearing | [ ]Jury Trial-Death Penalty Phase | [ ] Sentencing |
| [ ]Detention Hearing Material Witness | [ ]Jury Trial-Sentence Enhancement Phase | [ ]Show Cause Hearing |
| [ ]Discovery Hearing | [ ]Markman Hearing | [✓]Status Conference |
| [ ]Dispositional Hearing (Juvenile) | [ ]Material Witness Hearing | [ ]Suppression Hearing |
| [ ]Docket Call | [ ]Motion Hearing | [ ]Telephone Conference |
| [ ]Evidentiary Hearing | [ ]Motion Hearing-Material Witness | [ ]Voir Dire |
| [ ]Extradition Hearing | [ ]Motions No longer Referred | |
| [ ]Fatico Hearing | [ ]Motions Referred Upon Consent to Magistrate Judge Disposition | |
| [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Other (please specify) |
| [ ]Detention Hearing | [ ]Omnibus Hearing | |
| [ ]Hearing Out-Of-Jury Presence | [ ]Plea Agreement Hearing | |

## Select the action.

[ ]Began   [ ]Held   [ ]Continued   [ ]Completed   [ ]Scheduled for

Date: _____  Time: _____  FOR: _____
**Type of Hearing**

**SHOULD THIS CALENDAR BE SEALED** [ ] YES [✓] NO

## UTILITIES

[ ]~Util-Add Terminate Attorneys
[ ]~Util-Bond-Set/Reset
[ ]~Util-Case Sealed
[ ]~Util-Case Unsealed
[ ]~Util-Counts To Be Tried Separately
[ ]~Util-Defendant Severed From Co-Defendants
[ ]~Util-Document Sealed

[ ]~Util-Document Unsealed
[ ]~Util-Exparte Matter
[ ]~Util-Indictment Unsealed
[ ]~Util-Information Unsealed
[ ]~Util-Interpreter Appointed
[ ]~Util-Plea Entered
[ ]~Util-Set/Reset Deadlines

[ ]~Util-Set/Reset Deadlines/Hearings
[ ]~Util-Set/Reset Hearings
[ ]~Util-Set/Reset Motion & R&R Deadlines/Headlines
[ ]~Util-Terminate Motions
[ ]~Util-Terminate Partiest

Period of Excludable Delay/ Speedy Trial Start: 5/18/09
Period of Excludable Delay/ Speedy Trial Stop: 6/18/09

**CODE TYPE: Please Circle**

XA- Competency/Capacity Exam
XF- Transfer Proceedings
XJ- Transportation from Other District
XP- Superseding Indictment/charges
XW- Grand Jury Indictment Tim extension

XC- Trial on Other Charges
XG- Motion under Advisement
XK- Proposed Plea Agreement
XR- Awaiting Trial of Co-Defendant

XD- Interlocutory Appeal
XH- Miscellaneous Proceedings
XM- Unavailable Witness/Defendant
XT- Interest of Justice

XE- Pretrial Motions
XI- Prosecution deferred
XN- Incompetency
XU-Withdrawal of Guilty Plea

**DOCKET CLERK SHALL ENTER UTILITY EVENT** *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain ruling(s) on motion(s)?** ❑ YES ❑ NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:

## TYPES OF DECISIONS

[ ]Adopting Report & Recommendation as to
[ ]Adopting in Part on Report & Recommendation as to
[ ]Deferring Ruling on
[ ]Denying
[ ]Dismissing
[ ]Entered
[ ]Finding as Moot

[ ]Granting
[ ]Granting In Part and Denying In Part
[ ]Rescinding
[ ]Settling
[ ]Striking
[ ]Submitted
[ ]Sustaining

[ ]Taking Under Advisement
[ ]Temporarily Denying
[ ]Temporarily Granting
[ ]Temporarily Granting In Part and Denying In Part
[ ]Terminating
[ ]Vacating
[ ]Withdrawing

TEXT: The defendant waives speedy Indictment. start date 5/18/09 stop date 6/18/09
Proposed order that Nassau County Correctional facility use reasonable efforts to provide defendant Frederick Celani with one additional hour per week of usage time in the prison library. Application granted. Order executed