UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

    -V-                                    ORDER

SIDNEY F. LEVINE aka
FREDERICK CELANI                    05 M 1230

        Defendant

------------------------------------X

Upon the application on behalf of Frederick Celani, by Randi L. Chavis, Esq. Federal Defenders of New York, it is hereby

ORDERED that the Nassau County Correctional Facility use reasonable efforts to provide Defendant Frederick Celani with one additional hour per week of usage time in the prison library, on the condition that Mr. Frederick Celani does not abuse this privilege.

Dated:    Central Islip, New York
          May 12, 2009

SO ORDERED:

/s/ E. Thomas Boyle, MJ

Honorable E. Thomas Boyle
United States Magistrate Judge
Eastern District of New York